# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-681
LT Case No. 2022-CF-004458-A

_____

BERNARD EVERETT REESE, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Matthew J. Metz, Public Defender, and Natalie R. Gossett,
Assistant Public Defender, Office of the Public Defender, Daytona
Beach, for Appellant.

Bernard Everett Reese, Jr., Green Cove Springs, pro se.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant
Attorney General, Office of the Attorney General, Tallahassee, for
Appellee.

December 5, 2023


PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., HARRIS, and KILBANE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————